**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**RICHARD BEN GLAWSON, JR.,**<br><br>Defendant | **NO. 5: 07-MJ-01-02 (CWH)**<br>Violation: ESCAPE<br><br>**NO. 5: 05-CR-13 (WDO)**<br>Violation of Conditions of Pretrial Release |

## ORDER ON PRELIMINARY EXAMINATION AND FOR DETENTION

Defendant **RICHARD BEN GLAWSON, JR.** this day appeared before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, for a **PRELIMINARY EXAMINATION** in the above-styled matters pursuant to provisions of Rule 5.1 of the Federal Rules of Criminal Procedure. He was represented by Mr. Xavier C. Dicks of the Stone Mountain Bar; the United States was represented by Assistant United States Attorney Charles Calhoun.

After consideration of the testimony of Deputy U. S. Marshal W. S. Robertson, as well as the argument of counsel for the government and for the defendant, the undersigned finds that PROBABLE CAUSE does exist that the offense set forth in the Criminal Complaint No. 5:07-MJ-01-02 filed on January 3, 2007, to-wit: ESCAPE, 18 U.S.C. §751(a), has been committed as set forth in said complaint, and that defendant **RICHARD BEN GLAWSON, JR.** did commit said offense as charged therein. PRETRIAL DETENTION is mandated, the court finding that defendant GLAWSON poses a serious risk of flight if released from custody.

Based upon the testimony of U. S. Probation Officer Tony W. Elder, and considering argument of counsel, the undersigned further finds that defendant GLAWSON violated conditions of release as alleged in the government's **MOTION FOR REVOCATION OF PRETRIAL RELEASE** in Criminal No. 5:05-CR-13(WDO) filed August 9, 2006. Said Order of Release is therefore REVOKED, and defendant GLAWSON is remanded to the custody of the U.S. Marshals Service to be DETAINED pending further court proceedings.

Defendant GLAWSON shall be DETAINED in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 18th day of JANUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE