IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

RICHARD BEN GLAWSON,

Defendant

NO. 5: 05-CR-13 (WDO)

VIOLATION(S): DRUG RELATED

# O R DE R

Defendant RICHARD BEN GLAWSON has filed a [second] **MOTION FOR EFFECTIVE ASSISTANCE OF COUNSEL** (Tab # 78) which the court construes as a motion to replace his current retained counsel, Xavier C. Dicks, Esquire. Mr. Dicks has filed a response to defendant's motion in which he outlines his history of representation of defendant Dicks and problems which have arisen in that representation. Tab #80. Mr. Dicks does not oppose being removed as counsel for defendant Dicks.

Accordingly, for cause shown, defendant's motion is GRANTED. Xavier C. Dicks shall have no further responsibility in representing defendant GLAWSON from this date forward. The undersigned finds that defendant Dicks is eligible for appointment of counsel under the Criminal Justice Act, and hereby directs that FRANKLIN J. HOGUE of the Macon Bar be, and he is, appointed to hereafter represent defendant GLAWSON.

SO ORDERED, this 30th day of APRIL, 2007.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE