# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **CASE NO. 5:05-CR-13 (WDO)** |
| **RICHARD BEN GLAWSON,** : | |
| : | |
| **Defendant** : | |

## ORDER

Having reviewed and considered Defendant's Motion to Continue, IT IS HEREBY ORDERED that the pretrial conference and trial of this case be continued from the August 2007 term of court to the next scheduled criminal trial term.

IT IS FURTHER ORDERED that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

**SO ORDERED this 1st day of August, 2007.**


**s/C. Ashley Royal**
**C. ASHLEY ROYAL**
**UNITED STATES DISTRICT JUDGE**