IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RICHARD BEN GLAWSON,** | : | |
| | : | 5:05-CR-13 (CAR) |
| Petitioner, | : | |
| | : | HABEAS CORPUS |
| vs. | : | 28 U.S.C. § 2255 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent. | : | |

_____

*ORDER ON THE RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the Report and Recommendation [Doc. 139] from United States Magistrate Judge Charles H. Weigle, that recommends denying Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 [Doc. 131]. Petitioner, proceeding *pro se*, has subsequently filed an Objection to the Recommendation [Doc. 140]. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection, has made a *de novo* determination of the portions of the Recommendation to which Petitioner objects, and finds the Objection to be without merit.

In his Objection, Petitioner simply restates the arguments he made in his

original petition which, despite Petitioner's contentions otherwise, have been fully addressed in the Recommendation.   As thoroughly explained by the Magistrate Judge, Petitioner's claims of ineffective assistance of counsel and intentional prosecutorial misconduct are based on Petitioner's misguided contentions that (1) crack cocaine is not a controlled substance under federal law and (2) the Government's use of confidential informants' testimony, pursuant to a plea agreement that anticipated a sentence reduction, constitutes bribery under law, and they are without merit.   This Court agrees with the Magistrate Judge's reasoning and conclusions as set forth in the Report and Recommendation. Accordingly, the Report and Recommendation [Doc. 140] is **ADOPTED** and **MADE THE ORDER OF THIS COURT**, and Petitioner's Motion to Vacate , Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 [Doc. 131] is **DENIED**.

    **SO ORDERED**, this 21st day of December, 2011.

                        S/   C. Ashley Royal
                        C. ASHLEY ROYAL
                        UNITED STATES DISTRICT JUDGE

SSH