IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-12059-A

RICHARD BEN GLAWSON,

                                            Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                            Respondent-Appellee.

Appeal from the United States District Court
for the Middle District of Georgia

ORDER:

Richard Ben Glawson moves for a certificate of appealability in order to appeal the denial of his Fed.R.Civ.P. 60 motion for relief from judgment, challenging the denial of his motion to vacate, set aside, or correct his sentence, filed pursuant to 28 U.S.C. § 2255. His motion is DENIED because he has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Glawson's motion for leave to proceed on appeal *in forma pauperis* is DENIED AS MOOT.

                                            /s/ Gerald Bard Tjoflat
                                            UNITED STATES CIRCUIT JUDGE

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 22, 2014

William E. Tanner
U.S. District Court
475 MULBERRY ST
MACON, GA 31201

Appeal Number: 14-12059-A
Case Style: Richard Glawson v. USA
District Court Docket No: 5:05-cr-00013-CAR-CHW-1

The enclosed copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

Enclosure(s)

DIS-4 Multi-purpose dismissal letter