# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| RICHARD BEN GLAWSON, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : CASE NO.: 5:05-CR-13 (LAG) (CHW) |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Respondent. | : |
| | : |

## ORDER

Before the Court is the Magistrate Judge's Report & Recommendation (Doc. 196), dated March 21, 2022. Therein, the Magistrate Judge construed Petitioner's Petition for a Writ of Coram Nobis (Doc. 194) as a habeas petition under 28 U.S.C. § 2255. (Doc. 196 at 3). The Magistrate Judge recommends that the Court dismiss Petitioner's Petition as untimely and successive. (*Id.*). The Magistrate Judge's recommendation triggered the fourteen-day period provided under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2) for the parties to file written objections. None of the parties filed objections during the fourteen-day period. (*See* Docket).

Upon full review and consideration of the record, the Court finds that the Report & Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED**, and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Petition (Doc. 194) is **DISMISSED** for lack of jurisdiction.

**SO ORDERED**, this 12th day of April, 2022.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**